# United States District Court
## Southern District of Georgia

Melissa Diane Tiensvold,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-322,

Carolyn W. Colvin, Acting Commissioner of Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 2/3/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered affirming the Commissioner's decision.

2/3/17
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*